from that arrest for the reason that he was privileged as a party in attendance upon the other proceeding.

The court at General Term said: "For all the purposes of the case he continued in custody from the time when he was brought before the judge by the *habeas corpus* until the order was made for his discharge. Theoretically as well as in fact he was during the whole time under restraint and could not, therefore, entitle himself to be relieved from the second commitment on any ground of privilege from arrest. This second commitment was issued to supply the defects found to exist in the one which preceded it, and for that reason it was sanctioned by the practice of the court. (*Snyder* v. *Van Ingen*, 9 Hun, 569.) It was warranted by the order itself, which directed the effectual imprisonment of the defendant until he should pay the fine imposed upon him or be otherwise discharged, and that under the circumstances could only be secured by issuing and executing the second commitment." * * *

*E. Cooke*, for the appellant.

*S. F. Kneeland*, for the respondent.

Opinion by DANIELS, J.; DAVIS, P. J., and BRADY, J., concurred.

Order affirmed, with ten dollars costs and disbursements.

---

IN THE MATTER OF THE ACCOUNTING OF WILLIAM SIMPSON, and IN THE MATTER OF WALTER STEVENSON. — Order modified as directed in opinion. Opinion by BRADY, J.

FREDERICK W. PRATT, *Respondent*, v. BERIAH G. UNDERWOOD, *Appellant.* — Order modified as directed in opinion, without costs to either party. Opinion by DANIELS, J.

GORDON McKENZIE, *Respondent*, v. NICHOLAS H. DECKER, *Appellant.* — Judgment modified as directed, and affirmed as modified, without costs to either party. Opinion by BRADY, J.

FREDERICK RECK, *Appellant*, v. THE PHŒNIX INSURANCE COMPANY, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

SAME, *Appellant*, v. SAME, *Respondent.* — Order reversed and motion for leave to amend granted, without terms or costs. Opinion by DAVIS, P. J.

ABRAHAM HEWLETT and others, *Appellants*, v. WILLIAM ELMER, *Respondent.* — Decree affirmed, costs to respondent out of the funds. Opinion by DAVIS, P. J.